1

2

3

4

5        UNITED STATES DISTRICT COURT

6        EASTERN DISTRICT OF WASHINGTON

7  | RANDY D. MCREYNOLDS,

   | NO: 1:12-CV-3055-RMP

8  |           Plaintiff,

9  |                                    ORDER OF DISMISSAL WITH
   |                                    PREJUDICE
10 |      v.

11 | UNITED STATES OF AMERICA,

12 |           Defendant.

13

14

15    **BEFORE** the Court is the parties' Stipulation and Motion for Order of

16 Dismissal, ECF No. 21.  Having reviewed the Stipulation and the file and

17 pleadings therein, the Court finds good cause to grant dismissal.  Accordingly, **IT**

18 **IS HEREBY ORDERED:**

19

20

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

1. The parties' Stipulation and Motion for Order of Dismissal, **ECF No. 21**, is **GRANTED**. Plaintiff's Complaint is hereby dismissed with prejudice and without costs to any party.

2. All pending motions, if any, are **DENIED AS MOOT**.

3. All scheduled court hearings, if any, are **STRICKEN**.

The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close this case**.

**DATED** this 14th day of February 2014.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
Chief United States District Court Judge